UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>           Plaintiff,          )<br>                              )<br>     v.                       )<br>                              )<br>REYNALDO CESAR CHAVEZ         )<br>LOPEZ,                        )<br>                              )<br>           Defendant.         )<br>_____) | CASE NO.   CR05-186 Z<br><br>DETENTION ORDER |

Offenses charged:

   Count One: UNLAWFUL ENTRY FIRST OFFENSE - Title 8, U.S.C., Section 1325(a)(2).

   Count Two: UNLAWFUL ENTRY SECOND OFFENSE - Title 8, U.S.C., Section 1325(a)(2).

Date of Detention Hearing: May 4th 2005.

   The Court, having conducted an uncontested detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.  The defendant was represented by Paula Deutsch.  The Government was represented by Don Reno.

DETENTION ORDER
PAGE -1-

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) The defendant represents a risk of nonappearance due to the following: he is a citizen and national of Mexico; his ties to the Western District of Washington are unknown/unverified; and BICE has filed a detainer.

(2) The defendant represents a risk of danger due to his extensive criminal history, including second and third degree assault, domestic violence, and criminal trespass.

(3) The defendant does not contest detention based upon a BICE detainer.

**It is therefore ORDERED**:

(l) The Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) The Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the Defendant is confined shall deliver the Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

//
//
//
//
//

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the Defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 27th day of May, 2004.

_____
MONICA J. BENTON
United States Magistrate Judge

DETENTION ORDER
PAGE -3-